1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   DEBORAH E. YIM
4  Assistant United States Attorney
   California Bar No. 217400
5  JESSICA O. CHEH
   Assistant United States Attorney
6  California Bar No. 254012
        Federal Building, Room 7516
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2447
        Fax No.: (213) 894-7819
9       Deborah.Yim@usdoj.gov
        Jessica.Cheh@usdoj.gov
10
   Attorney for Federal Defendant[1]
11 RAY H. LAHOOD, Secretary of the
   U.S. Department of Transportation

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA BLANCHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY H. LAHOOD, Secretary of the U.S. Department of Transportation, Federal Aviation Administration, FLOR RAMOS, and DOES 1 through 10,<br><br>    Defendants. | Case No.  CV 07-07921 DDP (FFMx)<br><br>**JUDGMENT**<br><br>Hon. Dean D. Pregerson |

---

[1]  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ray H. LaHood, Secretary of the United States Department of Transportation, is automatically substituted for Mary E. Peters.

Federal Defendant's Motion for Summary Judgment having come on for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be granted and judgment is hereby entered for Federal Defendant, and that all costs of suit are awarded to Federal Defendant according to proof.

Dated: March 9, 2010

The Honorable Dean D. Pregerson
United States District Judge

**Presented by:**

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_____/s/_____
JESSICA O. CHEH
DEBORAH E. YIM
Assistant United States Attorneys
Attorneys for Federal Defendant